## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

IN RE:                                                                                                    CHAPTER 7

DAVID S. GREENBERG
DEBTOR                                                                                            CASE NO. 13-34271

                                                                                        ADVERSARY PROCEEDING NO.
                                                                                        _____

POLO FIELDS COMMUNITY ASSOCIATION, INC.                              PLAINTIFF

   V.        **COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

DAVID S. GREENBERG                                                                      DEFENDANT


\*   \*   \*   \*   \*   \*   \*

Comes the Plaintiff, Polo Fields Community Association, Inc. (hereinafter referred to as "Plaintiff"), by counsel, and for its cause of action against the Defendant, David S. Greenberg (hereinafter referred to as "Debtor") states as follows:

1.   This adversary proceeding is being brought pursuant to 11 U.S.C. sections 523(a)(2)(A) and (6), in connection with the Debtor's petition for relief under Chapter 7, United States Code Title 11, Case No. 13-34271, in the United States Bankruptcy Court for the Western District of Kentucky, Louisville Division, which case is presently pending before this Court.

2.   That the Debtor is the sole owner/shareholder of Polo Fields, Inc. (the "Developer"), which was the developer of record for the residential subdivision known as Polo Fields.

3.  That the Plaintiff is the homeowners association of record for the residential subdivision development known as Polo Fields.

4.  That Polo Fields, Inc., by and through its principal, the Debtor, David S. Greenberg, previously transferred the Board control of the residential subdivision commonly known as Polo Fields, to the Plaintiff, including any and all rights granted to Polo Fields, Inc., as the developer or declarant, in the Declaration(s) of Covenants, Conditions and Restrictions for the various sections as identified and shown on Exhibit õAö to the Assignment of Developerøs Rights, which is attached as Exhibit 1 to this Complaint.

5.  That prior to the Debtor transferring Board control to the Plaintiff, the Debtor wrote, executed and negotiated checks payable to õPolo Fields, Inc.ö from a Polo Fields Community Association, Inc. bank account; or made payments via Polo Fields Community Association, Inc.øs Paypal account to Polo Fields, Inc.; or made ACH payments from a Polo Fields Community Association, Inc. bank account to pay the Debtorøs personal credit card debt, which transactions totaled at least $182,404.86.

6.  Specifically, in the calendar year of 2009, there were transactions which totaled $18,633.00 in payments from Plaintifføs bank account to Polo Fields, Inc. (9/30/2009 - $2,700 transfer from Plaintifføs Paypal account to Polo Fields, Inc.; 11/23/2009 - $58.00 - Check #1012; 11/30/2009 - $9,500.00 ó Check #1016; 12/8/2009 - $1,375.00 ó Check #1019; and 12/28/2009 - $5,000.00 ó Check #1309).

7.  Specifically, in the calendar year of 2010, there were transactions which totaled $54,392.00 in payments from Plaintifføs bank account to Polo Fields, Inc. (3/9/2010 - $10,000.00 ó Check #1074; 4/30/2010 - $10,000.00 - Check #1035;

2

5/12/2010 - $10,000.00 – Check #1500; 8/6/2010 - $10,000.00 – Check #1478; 12/27/2010 - $2,928.00 – Check #1451; and 12/29/2010 - $10,000.00 – Check #1191).

8. Specifically, in the calendar year of 2011, there were transactions which totaled $38,889.14 in payments from Plaintiff's bank account to Polo Fields, Inc., or ACH payments from Plaintiff's bank account to Debtor's personal credit card accounts (3/7/2011 - $8,591.84 - ACH payment from Plaintiff's bank account to Chase credit card account referencing David S. Greenberg; 3/8/2011 - $4,350.50 – ACH payment from Plaintiff's bank account to Chase credit card account referencing David S. Greenberg; 3/11/2011 - $5,946.80 – ACH payment from Plaintiff's bank account to Chase credit card account referencing David S. Greenberg; 3/24/2011 - $10,000.00 – Check #1418; and 4/14/2011 - $10,000.00 – Check #1237).

9. Specifically, in the calendar year of 2012, there were transactions which totaled $70,490.72 in payments from Plaintiff's bank account to Polo Fields, Inc. (1/6/2012 - $10,000.00 – Check #1335; 2/1/2012 – $10,000.00 – Check #1395; .2/4/2012 - $15,000.00 - Check #1351; and 2/8/2012 - $35,490.72 – Check #1397).

10. In addition, there are other transactions from the calendar year of 2008 from Plaintiff's bank account to Polo Fields, Inc.. Unfortunately, any bank records pertaining to these transactions were thrown away by the Debtor when offices were relocated in 2010.

11. That many of the checks cited above make reference on the memo line to "repay loan." However, when previously asked to provide documentation regarding any loan from Polo Fields, Inc. to Polo Fields Community Association, Inc., Debtor would not, or could not provide any.

3

## **COUNT I**

12. That Plaintiff realleges and incorporates by reference all of the allegations contained in Paragraphs 1 through 11 of their Complaint as if fully set forth herein.

13. That Debtor, individually, or through his company, Polo Fields, Inc. misappropriated funds which belonged to the Plaintiff, Polo Fields Community Assocation, Inc., to which neither he, nor his company, had any legitimate claim to. When he misappropriated the funds, Debtor acted and did so under false and fraudulent pretenses.

14. These misappropriations of funds were made by Debtor intentionally and/or recklessly, as Debtor was aware of, or acted with reckless indifference to the fact that neither he, nor his company, Polo Fields, Inc., had any rightful entitlement to these funds.

15. That said misappropriated funds were not used for the benefit of the Polo Fields residential subdivision, as intended when those funds were collected from individual property owners in the Polo Fields.

16. Such misappropriations by the Debtor were intentionally and/or recklessly undertaken in order to deceive Plaintiff.

17. Plaintiff has suffered damages as a proximate result of Debtor's misappropriation of funds, as Plaintiff's bank accounts are now underfunded by the amount misappropriated by the Debtor and/or his company, Polo Fields, Inc.

18. That the aforesaid acts of the Debtor, David S. Greenberg, and/or his company, Polo Fields, Inc., were fraudulent, malicious, and willful, and thus in violation of 11 U.S.C. Section 523(a)(2)(A), and are sufficient to deny the Debtor discharge of the

4

Plaintiff's claim against him, as well as the entry of an executable Judgment against the Debtor in favor of the Plaintiff.

### COUNT II

19. Plaintiff realleges and incorporates by reference all of the allegations contained in Paragraphs 1 through 18 of their Complaint as if fully set forth herein.

20. By intentionally misappropriating funds which rightfully belonged to the Plaintiff, and by using funds for his own personal use and not for the purpose for which the funds were collected from the individual property owners in the Polo Fields, Debtor's actions were willful, and malicious, in that Debtor acted with conscious disregard of his duties to the Plaintiff, without just cause or excuse.

21. Said willful and malicious acts of Debtor are in violation of 11 U.S.C. Section 523(a)(6), and are sufficient to deny the Debtor discharge of the Plaintiff's claim, as well as the entry of an executable Judgment against the Debtor in favor of the Plaintiff.

**WHEREFORE**, the Plaintiff, Polo Fields Community Association, Inc., by counsel, prays as follows:

1. That this Court determine that the debt owed to the Plaintiff by the Debtor, David S. Greenberg, is nondischargeable in this or any other bankruptcy court, and that Plaintiff be able to recover damages in amounts to be determined; and

2. That this Court enter judgment against the Debtor for Plaintiff's costs and attorneys fees expended herein; and

3. For any and all other relief to which the Plaintiff may be entitled.

Respectfully submitted,

/s/ Richard V. Hornung
**RICHARD V. HORNUNG**
**KERRY J. BUTLER**
HEBEL & HORNUNG, P.S.C.
6511 Glenridge Park Place, Suite #1
Louisville, Kentucky 40222
(502) 429-9790

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing was mailed via regular mail or electronic mail this 3rd day of February, 2014, to the following:

| | |
|---|---|
| C. R. Bowles | William W. Lawrence |
| Greenbaum Doll & McDonald, PLLC | 300 Republic Plaza |
| 3300 National City Tower | 200 S. Seventh Street |
| 101 South Fifth Street | Louisville, Kentucky  40202 |
| Louisville, KY 40202 | wlch7ecf@gmail.com |
| cbowles@bgdlegal.com | |

/s/ Richard V. Hornung
**RICHARD V. HORNUNG**
**KERRY J. BUTLER**

6